**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** COLORADO

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAJD, ALI ANVARI | § | Case No. 12-15764 KHT |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Jeffrey A. Weinman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,900.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged<br>Without Payment: 1,460,918.01 |
| Total Expenses of Administration: 10,000.00 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 31,141.00 | 292,723.24 | 292,723.24 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 720,376.65 | 1,166,311.40 | 1,166,311.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 751,517.65 | $ 1,469,034.64 | $ 1,469,034.64 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 03/27/2012 . The case was pending for 78 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/05/2018 By:/s/Jeffrey A. Weinman, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT - CONDEMNATION LAWSUIT | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JEFFREY A. WEINMAN, TRUSTEE | 2100-000 | NA | 1,730.00 | 1,730.00 | 1,730.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 638.15 | 638.15 | 638.15 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ALLEN VELLONE WOLF HELFRICH & FACTO | 3210-000 | NA | 3,205.57 | 3,205.57 | 3,205.57 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ALLEN VELLONE WOLF HELFRICH & FACTO | 3220-000 | NA | 4,426.28 | 4,426.28 | 4,426.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014A | INTERNAL REVENUE SERVICE | 5800-000 | 31,141.00 | 292,723.24 | 292,723.24 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 31,141.00 | $ 292,723.24 | $ 292,723.24 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GREGORY S. MICHAELS | | 1,883.37 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 848.17 | 848.17 | 0.00 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 2,032.43 | 2,032.43 | 0.00 |
| 000001 | ECHO PAGES | 7100-000 | NA | 8,590.20 | 8,590.20 | 0.00 |
| 000011 | EDWARD J. BERTAGNOLLI | 7100-000 | 23,000.00 | 73,876.76 | 73,876.76 | 0.00 |
| 000006 | HASSAN BEYKPOUR | 7100-000 | 50,000.00 | 60,000.00 | 60,000.00 | 0.00 |
| 000003 | MICHAEL WEINER | 7100-000 | 137,430.28 | 293,642.69 | 293,642.69 | 0.00 |
| 000010 | MILE HIGH AUTOMOBILES | 7100-000 | 42,075.00 | 42,075.00 | 42,075.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | MITCHELL BRONSON | 7100-000 | 15,000.00 | 13,806.25 | 13,806.25 | 0.00 |
| 000008 | MOUNTATIN STATES TOYOTA | 7100-000 | 3,843.00 | 3,385.89 | 3,385.89 | 0.00 |
| 000012 | NORTH VALLEY BANK | 7100-000 | NA | 80,077.39 | 80,077.39 | 0.00 |
| 000007 | PRESTIGE IMPORTS, INC | 7100-000 | 4,145.00 | 3,708.21 | 3,708.21 | 0.00 |
| 000009 | SAEED FAKHIMALIZAD | 7100-000 | 443,000.00 | 410,952.07 | 410,952.07 | 0.00 |
| 000013 | MIDLAND CREDIT MANAGEMENT, INC. AS | 7200-000 | NA | 830.60 | 830.60 | 0.00 |
| 14B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 172,485.74 | 172,485.74 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 720,376.65 | $ 1,166,311.40 | $ 1,166,311.40 | $ 0.00 |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES



Exhibit 8

Case No: 12-15764 KHT Judge: KIMBERLY H. TYSON

Case Name: MAJD, ALI ANVARI

For Period Ending: 09/05/18

Trustee Name: Jeffrey A. Weinman, Trustee

Date Filed (f) or Converted (c): 03/27/12 (f)

341(a) Meeting Date: 04/27/12

Claims Bar Date: 08/19/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 1,200.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS AND ART OBJECTS | 300.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. FIREARMS AND HOBBY EQUIPMENT | 400.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 7. SETTLEMENT - CONDEMNATION LAWSUIT (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 8. SETTLEMENT OF FRAUDULENT CONVEYANCES (u) | 0.00 | 100,000.00 | | 0.00 | FA |
| 9. MOUNTAIN BIKE (u) | 400.00 | 0.00 | | 0.00 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $4,900.00 | $110,000.00 | | $10,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report Submitted to USTO on 7/6/18

RE PROP# 8---Pursuant to Settlement Agreement with Tinder (Docket No. 205 - Order Approving SA).
Counsel for Trustee attempted to collect settlement from John Tinder hpwever Mr. Tinder moved to Texas which means domesticating and trying to collect in Texas means employing Texas counsel and Mr. Tinder has stated to Trustee's counsel that he can't pay this and would have to file bankruptcy.
Trustee has concluded that it would not be cost effective to pursue Mr. Tinder.

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 06/30/18

/s/ Jeffrey A. Weinman, Trustee

________________________________ Date: 09/05/18

JEFFREY A. WEINMAN, TRUSTEE

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 12-15764 -KHT
Case Name: MAJD, ALI ANVARI

Taxpayer ID No: *******4851
For Period Ending: 09/05/18

Trustee Name: Jeffrey A. Weinman, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: *******4091 Checking - Non Interest

Blanket Bond (per case limit): $ 48,104,231.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/13 | 7 | SHAW ARYAN AND FAY MATEN | SETTLEMENT | 1249-000 | 10,000.00 | | 10,000.00 |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,990.00 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.27 | 9,979.73 |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.60 | 9,969.13 |
| * 09/05/13 | 8 | JOHN W. TINDER - COLTAF ACCOUNT ALI MAJD | SETTLEMENT | 1241-003 | 105,000.00 | | 114,969.13 |
| * 09/05/13 | 8 | JOHN W. TINDER - COLTAF ACCOUNT ALI MAJD | SETTLEMENT | 1241-003 | -105,000.00 | | 9,969.13 |
| * 09/06/13 | | JOHN W. TINDER COLTAF ACCOUNT ALI MAJD | SETTLEMENT | 1241-003 | 105,000.00 | | 114,969.13 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.59 | 114,958.54 |
| * 09/11/13 | | JOHN W. TINDER COLTAF ACCOUNT ALI MAJD | SETTLEMENT Tinder stopped payment on this check. Mark Larson, Trustee's counsel, emailed Tinder about this matter demanding payment | 1241-003 | -105,000.00 | | 9,958.54 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 17.43 | 9,941.11 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.56 | 9,930.55 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.20 | 9,920.35 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.53 | 9,909.82 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.52 | 9,899.30 |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,889.30 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.50 | 9,878.80 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.15 | 9,868.65 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.48 | 9,858.17 |
| 07/08/14 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.13 | 9,848.04 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.46 | 9,837.58 |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.45 | 9,827.13 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.10 | 9,817.03 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.42 | 9,806.61 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.08 | 9,796.53 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.40 | 9,786.13 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.39 | 9,775.74 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,765.74 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.37 | 9,755.37 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.02 | 9,745.35 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.35 | 9,735.00 |
| 07/07/15 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,725.00 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.33 | 9,714.67 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.32 | 9,704.35 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,694.35 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.29 | 9,684.06 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,674.06 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.27 | 9,663.79 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.26 | 9,653.53 |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,643.53 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.24 | 9,633.29 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD



Exhibit 9

Case No: 12-15764 -KHT
Case Name: MAJD, ALI ANVARI

Taxpayer ID No: *******4851
For Period Ending: 09/05/18

Trustee Name: Jeffrey A. Weinman, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: *******4091 Checking - Non Interest

Blanket Bond (per case limit): $ 48,104,231.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,623.29 |
| 06/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.22 | 9,613.07 |
| 07/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,603.07 |
| 08/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.20 | 9,592.87 |
| 09/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.19 | 9,582.68 |
| 10/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,572.68 |
| 11/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.16 | 9,562.52 |
| 12/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,552.52 |
| 01/09/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.14 | 9,542.38 |
| 02/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.13 | 9,532.25 |
| 03/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,522.25 |
| 04/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.11 | 9,512.14 |
| 05/05/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,502.14 |
| 06/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.09 | 9,492.05 |
| 07/10/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,482.05 |
| 08/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.07 | 9,471.98 |
| 09/08/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.06 | 9,461.92 |
| 10/06/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,451.92 |
| 11/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.04 | 9,441.88 |
| 12/07/17 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,431.88 |
| 01/08/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.02 | 9,421.86 |
| 02/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.01 | 9,411.85 |
| 03/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,401.85 |
| 04/06/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,391.85 |
| 05/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 9,381.85 |
| 05/29/18 | 003001 | ALLEN VELLONE WOLF HELFRICH & FACTOR, PC<br>ATTN: PAT VELLONE, ESQ.<br>1600 STOUT STREET, SUITE 1100<br>DENVER, CO 80202 | ATTORNEY FEES<br>Court Order dated 5/25/18 | | | 7,631.85 | 1,750.00 |
| | | | Fees 3,205.57 | 3210-000 | | | 1,750.00 |
| | | | Expenses 4,426.28 | 3220-000 | | | 1,750.00 |
| 06/07/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,740.00 |
| 07/09/18 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,730.00 |
| 08/28/18 | 003002 | JEFFREY A. WEINMAN, TRUSTEE<br>730 17th Street<br>Suite 240<br>Denver, CO 80202 | Chapter 7 Compensation/Expense | 2100-000 | | 1,730.00 | 0.00 |

**FORM 2**



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-15764 -KHT
Case Name: MAJD, ALI ANVARI

Taxpayer ID No: *******4851
For Period Ending: 09/05/18

Trustee Name: Jeffrey A. Weinman, Trustee
Bank Name: FIRST NATIONAL BANK OF VINITA
Account Number / CD #: *******4091 Checking - Non Interest

Blanket Bond (per case limit): $ 48,104,231.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| *******4091 | | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 10,000.00 | 2 | Checks | 9,361.85 |
| | 0 | Interest Postings | 0.00 | 62 | Adjustments Out | 638.15 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 10,000.00 | | Total | $ 10,000.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,000.00 | | | |